# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN AVILA, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   18-2416 (RC) |
| | : | |
| v. | : | |
| | : | |
| LPC COMMERCIAL SERVICES, INC., *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Report (ECF No. 6), it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. Fact discovery will commence on **December 17, 2018**. Fact discovery must conclude, and any motions directed to fact discovery disputes must be filed, on or before **June 21, 2019**.

2. Expert discovery must conclude, and any motions directed to expert discovery disputes (except Daubert motions) must be filed, on or before **October 11, 2019**.

3. The parties will exchange electronically-stored information (ESI) in PDF form or as maintained in the ordinary course of business. Any party may request ESI to be produced in its native form if reasonably necessary to support a claim or defense.

4. The parties shall exchange expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2) as follows:

    a. Proponents' expert reports on or before **July 19, 2019**.

    b. Rebuttal expert reports on or before **August 16, 2019**.

      c.  Surrebuttal expert reports (if any) on or before **September 13, 2019**.

5. As to all other discovery issues not addressed in this order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court.

6. Motions to amend pleadings, to add additional parties, or to seek relief for failure to join required parties pursuant to Federal Rule of Civil Procedure 19 shall be filed on or before **March 8, 2019**. The parties should raise these issues as soon as practicable after discovering the basis for such a motion to avoid the need for material changes to the discovery schedule.

7. The parties shall appear for a status conference before the Court on **October 14, 2019 at 10:00AM in Courtroom 14**.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court before filing any motion relating to a discovery dispute. Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

    **SO ORDERED**.

Dated: December 17, 2019                                      RUDOLPH CONTRERAS
                                                                             United States District Judge